IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ESAD RAMIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | 1:13-CV-04310-AT |
| | ) | |
| | ) | |
| RACHEL LEWIS, | ) | |
| CRST INTERNATIONAL, INC., | ) | |
| NATIONAL UNION FIRE INS. CO. | ) | |
| | ) | |
| Defendants | ) | **Hon. Amy Totenberg** |
| _____ | ) | |

## SUPPLEMENTAL COMPLAINT FOR DAMAGES

**COMES NOW**, ESAD Ramic, Plaintiff herein, and files this, his Supplemental Complaint for damages against the above named Defendants, and alleges and supplements his allegations regarding Residency, Domicile and Citizenship contained in Paragraphs 1-5 of the parties herein as follows:

1.

ESAD Ramic, Plaintiff herein, is a United States Citizen who is a resident, domiciled and citizen of the State of Florida and all times referenced herein resides and is domiciled in and is presently a citizen of St. Petersburg, Pinellas County, Florida.

2.

RACHEL LEWIS, Defendant herein, is a resident and citizen of and domiciled in GEORGIA and all times referenced herein resides was and is domiciled in and is presently a citizen of Fulton County, Georgia and may be served at her residence at 216 Malone Circle, Fairburn, Fulton County, Georgia and is subject to the jurisdiction of this Court as codified by reason of *28 U.S.C. § 1441(b)*.

3.

CRST International, Inc., Defendant herein, was and is a resident and citizen of and domiciled in the County of Linn, State of Iowa, having its principal place of business located at 3930 16th Ave. SW, Cedar Rapids, Linn County, Iowa 52406 and may be served through any of its officers including, but not limited to David L. Rusch, Wes Brackey, or Eric Baker and all times referenced herein resides and are presently domiciled in and citizens of Cedar Rapids, Linn County Iowa and and is subject to the jurisdiction of this Court as codified by reason of *28 U.S.C. § 1441(b)* .

4.

National Union Fire Insurance Company of Pittsburgh, PA is a stock insurance company which was and is a resident and citizen of and domiciledin

the State of New York, having its principal place of business located at 175 Water Street, New York, NY 10038 and may be Served through Corporation Service Company, 40 Technology Pkwy South, Suite 300, Norcross, Gwinnett County, Georgia 30092 and is subject to the jurisdiction of this Court as codified by reason of *28 U.S.C. § 1441(b)*.

5.

This lawsuit is a civil action over which this Court has original jurisdiction under *28 U.S.C. § 1332*, and is one which may brought in this Court by Plaintiff pursuant to the provisions of *28 U.S.C. § 1441(b)* in that it is a civil action between citizens who are domiciled in entirely different states as referenced above and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

WHEREFORE, Plaintiff seeks the following:

(A). Judgment against the Defendants to be awarded to the Plaintiff in an amount to be demonstrated at trial for medical expenses incurred by Plaintiff;

(B). Judgment against the Defendants to be awarded to Plaintiff in an amount to be demonstrated at trial for lost wages incurred by Plaintiff;

(C). Judgment against the Defendants, to be awarded to Plaintiff in an amount to be demonstrated at trial for past mental and physical pain and suffering experienced by Plaintiff;

(D). Judgment against the Defendants, to be awarded to Plaintiff in an amount to be demonstrated at trial for future mental and physical pain and suffering experienced by Plaintiff

(E). Any further relief which the Court may deem just and proper.

This 31st day of December, 2013

CLAXTON & CLAXTON, LLC

WILLIAM P. CLAXTON
Georgia State Bar No. 129320
Attorney For Plaintiff

Suite 115
180 Interstate North Parkway
Atlanta, Georgia 30339
(770) 933-1946
wclaxton@claxtonllc.com
frank@frankdicosola.com

## CERTIFICATION UNDER L.R. 7.1(D)

I hereby certify pursuant to Northern District of Georgia Local Rule 7.1(D) that the above and forgoing **Supplemental To Complaint** is prepared in Times New Roman 14 point font in accordance with Local Rule 5.1(B).

This 29th day of July, 2014

/s/ William P. Claxton

WILLIAM P. CLAXTON
Georgia Bar No. 129320
Attorney for Plaintiff

CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party or counsel for the opposing party in the foregoing matter with a copy of this SUPPLEMENTAL TO COMPLAINT by depositing a copy of same via CM/ECF to Counsel for Defendants

This 29th day of July, 2012

CLAXTON & CLAXTON, LLC

WILLIAM P. CLAXTON